UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JAVELIN ALEXANDER, individually, and on behalf of all other similarly situated, | ) ) ) | Case No. 1:25-cv-33 |
| *Plaintiff*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Christopher H. Steger |
| REGIONAL OBSTETRICAL CONSULTANTS, P.C., | ) ) ) | |
| *Defendant*. | ) ) | |

| | | |
|---|---|---|
| MINDIE HUNT, | ) ) | Case No. 1:25-cv-38 |
| *Plaintiff*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Christopher H. Steger |
| REGIONAL OBSTETRICAL CONSULTANTS, P.C., | ) ) ) | |
| *Defendant*. | ) ) | |

**ORDER**

Before the Court are Plaintiffs' voluntary dismissals in each of the actions listed above (*see* Doc. 36 in Case No. 1:25-cv-33; Doc. 26 in Case No. 1:25-cv-38). Pursuant to these dismissals, the Clerk is **DIRECTED** to **CLOSE** Case Nos. 1:25-cv-33 and 1:25-cv-38. The scheduling conference previously set for August 20, 2025 (*see, e.g.*, Doc. 35 in Case No. 1:25-cv-33) is **CANCELLED**. Defendant's motions to dismiss (Doc. 29 in Case No. 1:25-cv-33; Doc. 19 in Case No. 1:25-cv-38) are **DENIED AS MOOT**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**